David Ali Chami
SBN: 027585
Price Law Group, APC
1204 E. Baseline Road, Suite 102
Tempe, AZ 85283
Tel: (866) 881-2133
Fax: (866) 401-1457
david@pricelawgroup.com
Attorney for Plaintiff,
Hattie Wallace

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HATTIE WALLACE,<br><br>                               Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC. *f/k/a* SALLIE MAE, INC.,<br><br>                               Defendant. | No. 2:15-cv-02071-BSB<br><br>**Notice of Settlement** |

### NOTICE OF SETTLEMENT

Plaintiff, HATTIE WALLACE, ("Plaintiff"), through her attorney, Price Law Group, APC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

**[INTENTIONALLY LEFT BLANK]**

RESPECTFULLY SUBMITTED,

DATED:  December 18, 2015

By: /s/  David Ali Chami_____
David Ali Chami
Price Law Group, APC
Attorney for Plaintiff
HATTIE WALLACE

## CERTIFICATE OF SERVICE

On December 18, 2015, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense counsel, Brian Roth, at broth@sessions.legal.

By:       /s/  David Ali Chami_____
David Ali Chami